## COLLINS v. NOYES & a.

A beer faucet, adapted for the illegal keeping and sale of intoxicating liquors in the place searched, is liable to seizure under Gen. Laws, c. 255, s. 1, cl. iv.

TROVER, for a beer faucet.    Facts found by the court, and decision for the defendants.    The defendant Noyes seized the faucet with other articles, by virtue of a search-warrant issued upon a complaint made by the defendant Chamberlain, charging the plaintiff with illegally keeping for sale intoxicating liquors, etc., in the place searched.    The faucet was adapted to the illegal keeping and sale of such liquors in that place.    It was held under an order of court when this action was commenced.

*Ladd & Fletcher*, for the plaintiff.

*Drew & Jordan* and *J. I. Williams*, for the defendants.

CHASE, J.    The beer faucet, being adapted for the illegal keeping and sale of intoxicating liquors in the place searched, was liable to seizure.    G. L., c. 255, s. 1, cl. iv.

*Exceptions overruled.*

All concurred.